

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00067-CR

| | | |
|---|---|---|
| LARRY DAVID GARCIA, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (54,999-B) |
| V. | § | April 30, 2020 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM